UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELANIE K. LEESON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:14-cv-01223-RLY-TAB |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

Melanie K. Leeson, Plaintiff, filed a request for judicial review of the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying Plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401 *et seq*. The court referred the matter to the Magistrate Judge, who issued his Report and Recommendation. The Magistrate Judge concluded that the ALJ erred in insisting upon objective physical findings to support Plaintiff's allegations and rejecting the opinions of Plaintiff's treating physician. The Magistrate Judge accordingly recommended that the matter be remanded for reconsideration by the ALJ. Neither party objects. Consequently, the court reviews the Report and Recommendation for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). After reviewing the record, the ALJ's decision, and the Report and Recommendation, this court is satisfied that the Magistrate Judge did not commit clear

error. Therefore, the court **ADOPTS** the Magistrate Judge's Report and Recommendation, **REVERSES** the decision of the ALJ, and **REMANDS** the matter to the ALJ for proceedings consistent with the Report and Recommendation.

**SO ORDERED** this 8th day of September 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.